November 18, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

### NO. 15-25-00098-CV

---

NGL WATER SOLUTIONS PERMIAN, LLC, Appellant

V.

LIME ROCK RESOURCES V-A L.P., D/B/A LIME ROCK RESOURCES L.P., LRR PECOS VALLEY, LLC, Appellees

---

Today the Court heard Appellant's Unopposed Request for Voluntary Dismissal or, Alternatively, Notice of Nonsuit. Having considered the motion, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered November 18, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by PER CURIAM.